# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGE CLINTON EDWARDS, | : | |
| Plaintiff, | : | |
| vs. | : | CA 20-0614-MU |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for childhood disability insurance benefits be affirmed.

**DONE** this the 10th day of January, 2022.

                                         s/P. Bradley Murray
                                         **UNITED STATES MAGISTRATE JUDGE**